**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

BNP PARIBAS MORTGAGE
CORPORATION

        Plaintiff,

   -against-

BANK OF AMERICA, N.A.,

        Defendant.
-----------------------------------------------------------------------x

Civil Action No. 09-cv-9783-RWS

**<u>NOTICE OF MOTION</u>**

  PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Bank of America's Motions to Dismiss submitted herewith, the accompanying Declaration of Richard St. John of February 3, 2010, and the exhibits thereto, defendant Bank of America, N.A. will move this Court, located at 500 Pearl Street, New York, New York, on March 24, 2010, at 12:00 noon, or as soon thereafter as counsel may be heard, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint in this action with prejudice.

Dated: February 4, 2010
   New York, New York

          Respectfully submitted,

          MUNGER, TOLLES & OLSON LLP

          By:  /s/ Marc T.G. Dworsky
          Marc T.G. Dworsky
          Kristin Linsley Myles
          355 South Grand Avenue, Thirty-Fifth Floor
          Los Angeles, California 90071-1560

          KING & SPALDING LLP
          By: Richard T. Marooney
          1185 Avenue of the Americas
          New York, New York 10036

          *Attorneys for*
          *Defendant Bank of America, N.A.*

To: Robin A. Henry
Motty Shulman
Jack Wilson
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504

*Attorneys for BNP Paribas Mortgage Corp.*