UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

BNP PARIBAS MORTGAGE
CORPORATION and BNP PARIBAS,

                        Plaintiffs,                  Civil Action No. 1:09-CV-9783-RWS

      -against-

BANK OF AMERICA, N.A.,

                        Defendant.

------------------------------------------------------------------------x

DEUTSCHE BANK AG,

                        Plaintiff,                  Civil Action No. 1:09-CV-9784-RWS

      -against-                                       **NOTICE OF MOTION**

BANK OF AMERICA, N.A.,

                        Defendant.

------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Bank of America's Motion to Compel Production of Documents in Response to Bank of America's Subpoena to Freddie Mac submitted herewith, the accompanying Declaration of David H. Pennington and the exhibits thereto, Defendant Bank of America, N.A., will move this Court, located at 500 Pearl Street, New York, New York, on May 1, 2013, at 12:00 p.m., or as soon thereafter as counsel may be heard, for an order compelling the Federal Home Mortgage Loan Corporation to produce documents pursuant to Federal Rule of Civil Procedure 37.

Dated: April 19, 2013

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: */s/ David H. Pennington*
    David H. Pennington

355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
(213) 683-9100

*Attorneys for Bank of America, N.A.*