# BOIES, SCHILLER & FLEXNER LLP

333 MAIN STREET • ARMONK, NY 10504 • PH. 914.749.8200 • FAX 914.749.8300

May 14, 2013

<u>Via Facsimile (212) 805-7925</u>

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: <u>BNP Paribas Mortgage Corp. and BNP Paribas v. Bank of America, N.A.</u>,
09-cv-09783-RWS

Dear Judge Sweet:

In your March 7, 2013 Opinion and Order deciding Bank of America, N.A.'s Motion to Compel and BNPP and DB's Joint Motion for Declaratory Relief, or in the Alternative, Clarification Concerning a Protective Order (the "Opinion"), you requested that the parties meet and confer regarding the unsealing of the Opinion with or without redactions. The parties have so conferred and agree that the Opinion can be unsealed and filed without redactions.

Respectfully submitted,

*Jack Wilson*

Jack Wilson

cc: Marc T.G. Dworsky, Esq. (counsel for Bank of America, N.A.) (via e-mail)
Kristin Linsley Myles, Esq. (counsel for Bank of America, N.A.) (via e-mail)
Richard St. John, Esq. (counsel for Bank of America, N.A.) (via e-mail)
Stephen P. Sorensen, Esq. (counsel for Deutsche Bank AG) (via e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-21-13

So ordered
Sweet
USDJ
5-20-13